OGAWA, LAU, NAKAMURA & JEW
Attorneys at Law
A Law Corporation

MICHAEL F. O'CONNOR    1098-0
Ocean View Center
Suite 600
707 Richards Street
Honolulu, HI  96813
Telephone Number:  (808) 533-3999
mfoconnor@ollon.com

Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY,
an Indiana company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana company, <br><br> Plaintiff, <br><br> vs. <br><br> NOAH JEROME YAMADA, LARRICK KAPULE EUBANK, DERRICK RALAR, and MANULI'I AKANA, <br><br> Defendants. | Civil No. CV 20-00127 HG-WRP (Other Tort Action) <br><br> **STIPULATED FINAL JUDGMENT AND ORDER IN FAVOR OF PLAINTIFF FEDERAL INSURANCE COMPANY AGAINST DEFENDANTS NOAH YAMADA, LARRICK KAPULE EUBANK, DERRICK RALAR AND MANULI'I AKANA** |

7205-004

## STIPULATED FINAL JUDGMENT AND ORDER IN FAVOR OF PLAINTIFF  FEDERAL INSURANCE COMPANY AGAINST DEFENDANTS NOAH YAMADA, LARRICK KAPULE EUBANK, DERRICK RALAR AND MANULI'I AKANA

IT IS HEREBY Stipulated and Agreed by and between Plaintiff FEDERAL

INSURANCE COMPANY and Defendants NOAH YAMADA, LARRICK

KAPULE EUBANK, DERRICK RALAR and MANULI'I AKANA and that the

Court hereby approves and enter Final Judgment, as follows:

1.  Judgment is hereby entered in favor of Plaintiff FEDERAL

INSURANCE COMPANY against Defendants NOAH YAMADA, LARRICK

KAPULE EUBANK, DERRICK RALAR and MANULI'I AKANA in the amount

of FOUR HUNDRED THOUSAND DOLLARS ($400,000.00)

2.  Interest accruing on the principal amount of this Stipulated Final

Judgment shall not begin to accrue until thirty six months have elapsed from the

date that this Stipulated Final Judgment is filed with the above entitled Court.  If the

Stipulated Final Judgment is not satisfied within said thirty six months then the

interest will begin to accrue at the amount of interest that is provided by the law.

3.  This Stipulated Final Judgment may be satisfied by any of the four

Defendants by the payment to Plaintiff FEDERAL INSURANCE COMPANY, as

follows:

2

A.  The payment to FEDERAL INSURANCE COMPANY in the amount of ONE HUNDRED TWENTY FIVE THOUSAND DOLLARS ($125,000.00) is made within twelve months of the date upon which this stipulated Final Judgment is filed with this Court.; or

B.  The payment to FEDERAL INSURANCE COMPANY in the amount of ONE HUNDRED THIRTY THOUSAND DOLLARS ($130,000.00) is made within twenty four months of the date upon which this Stipulated Final Judgment is filed with this Court; or

C.  The payment to FEDERAL INSURANCE COMPANY in the amount of ONE HUNDRED THIRTY FIVE THOUSAND DOLLARS ($135,000.00) is made within thirty six months of the date upon which this Stipulated Final Judgment is filed with this Court.

4. FEDERAL INSURANCE COMPANY will not give or enter a Satisfaction of the Stipulated Final Judgment unless it receives one of the payments set forth in paragraphs 3A through 3C in full.

5. FEDERAL INSURANCE COMPANY will not execute or attempt to collect on this Stipulated Final Judgment within thirty six months of the date upon which this Stipulated Final Judgment is filed with this Court but FEDERAL INSURANCE COMPANY will record this Stipulated Final Judgment in the State of Hawaii Bureau of Conveyances and the State of Hawaii Land Court Office of the Registrar.

6. Each party shall bear its own attorney's fees and costs.

7. Defendants do not admit liability or any wrongdoing.

8. That the difference between the amount of Stipulated Judgment, being $400,000, and the amount that Defendants may pay as set forth in paragraphs 3A through 3C shall not be considered as income to Defendants.

9. This Stipulated Final Judgment resolves all issues between all of the parties in the above-captioned matter and is final and shall not be appealed by any party. There are no remaining claims or issues. All parties who have appeared in this action have signed this Stipulated Final Judgment.

10. This Stipulation and Order may be approved as to form in counterparts, and all counterparts so executed shall be deemed to be one and the same instrument, binding on all of the parties hereto, notwithstanding that all of the parties are not signatories to the signed or the same counterparts. For all purposes, duplicated and unexecuted pages of the counterparts may be discarded and the remaining pages assembled as on document.

DATED: Honolulu, Hawaii, _August 28, 2020_

MICHAEL F. O'CONNOR

Attorney for Plaintiff
FEDERAL INSURANCE
COMPANY, an Indiana company

4

DATED: 8.14.20 , Hawaii, Lahaina .

_____
NOAH YAMADA

DATED: 8/14 , Hawaii, Lahaina .

_____
LARRICK KAPULE EUBANK

DATED: 8/14 , Hawaii, Lahaina .

_____
DERRICK RALAR

DATED: 8/14 , Hawaii, _____ Lahaina

_____
MANULI'I AKANA

APPROVED AS TO FORM:

_____
BRAD SALTER
Attorney for Defendants

APPROVED AND SO ORDERED:

Dated: Honolulu, Hawaii, August 31, 2020.

_____
JUDGE OF THE ABOVE ENTITLED COURT

Helen Gillmor
United States District Judge

FEDERAL INSURANCE COMPANY, an Indiana company, vs. NOAH JEROME YAMADA, etc.; Civil No. CV 20-00127 HG-WRP (Other Tort Action); United States District Court For The District Of Hawaii; **STIPULATED FINAL JUDGMENT AND ORDER IN FAVOR OF PLAINTIFF FEDERAL INSURANCE COMPANY AGAINST DEFENDANTS NOAH YAMADA, LARRICK KAPULE EUBANK, DERRICK RALAR AND MANULI'I AKANA**

5